```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 02505
  WANDA CONWAY
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
  SSN XXX-XX-1424

---------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 02/13/2007 and was confirmed 06/28/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   11.94%.

     The case was dismissed after confirmation 01/24/2008.
---------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                          PAID        PAID
---------------------------------------------------------------------------
ARONSON FURNITURE        SECURED            190.00          .00       20.79
BARNES AUTO GROUP        SECURED VEHIC     7134.00       241.72      681.43
BARNES AUTO GROUP        UNSECURED       NOT FILED          .00         .00
AMERICREDIT FINANCIAL SV UNSECURED        15547.74          .00         .00
CAPITAL ONE BANK         UNSECURED       NOT FILED          .00         .00
CAPITAL ONE              NOTICE ONLY     NOT FILED          .00         .00
CITY OF CHICAGO PARKING  UNSECURED          1510.00         .00         .00
CITY OF CHICAGO PARKING  UNSECURED       NOT FILED          .00         .00
DRIVE FINANCIAL SERVICES UNSECURED       NOT FILED          .00         .00
LASALLE BANK             UNSECURED       NOT FILED          .00         .00
MARVIN HANEY             UNSECURED       NOT FILED          .00         .00
SPRINT-NEXTEL CORP       UNSECURED           805.22         .00         .00
T-MOBILE USA             UNSECURED           244.96         .00         .00
TAURUS EMERGENCY PHYSICI UNSECURED       NOT FILED          .00         .00
PREMIER BANKCARD         UNSECURED           420.81         .00         .00
TIMOTHY K LIOU           DEBTOR ATTY       2,509.20                    8.66
TOM VAUGHN               TRUSTEE                                      65.06
DEBTOR REFUND            REFUND                                         .00

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                   RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE           1,017.66

PRIORITY                                       .00
SECURED                                     702.22
  INTEREST                                  241.72
UNSECURED                                      .00
ADMINISTRATIVE                                8.66
TRUSTEE COMPENSATION                         65.06
DEBTOR REFUND                                  .00

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 02505 WANDA CONWAY
```

```
                                  ---------------      ---------------
TOTALS                                   1,017.66             1,017.66
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 04/23/08              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE